■ In the Matter of CANANDAIGUA MESSENGER, INC., Respondent, v KAY WHARMBY, as Records Access Officer of City of Canandaigua, Respondent, and DENNIS A. MORGA, as President of Canandaigua Recreation Development Corporation, et al., Appellants. (Appeal No. 2.) [739 NYS2d 301] —Appeal from parts of an amended order and judgment (one document) of Supreme Court, Ontario County (Henry, Jr., J.), entered June 11, 2001, that, inter alia, directed respondents Canandaigua Recreation Development Corporation and Dennis A. Morga to provide petitioner access for inspection and copying of non-exempt documentation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Matter of Kolasz v Levitt*, 63 AD2d 777, 779). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.